# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIGRINIA DALEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. 15-CV-462-JHP-KEW |

**VIRGINIA DALEY,**

        Plaintiff,

vs.    Case No. 15-CV-462-JHP-KEW

**NANCY A. BERRYHILL,**
Commissioner of Social
Security Administration,

        Defendant.

**ORDER**

Plaintiff, Virginia Daley, has moved the Court for an award of attorney fees pursuant to 42 U.S.C. §406(b) and also filed a Motion for Relief from Judgment (Dkt.# 25). On April 1, 2019, the Magistrate Judge issued a Report and Recommendation on Plaintiff's Motion For Attorney Fees, and Plaintiff's Motion for Relief from Judgment. There have been no objections filed. The Magistrate Judge recommended that both parts of the motion should be granted. Based on an independent review of the record, the Court concludes Plaintiff is entitled to an attorneys' fee award and adopts the Report and Recommendation as this Court's Order.

**IT IS SO ORDERED** this 20th day of May, 2019.

James H. Payne
United States District Judge
Eastern District of Oklahoma